UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAWNTE DUANE JACKSON,

          Plaintiff,

    v.

UNITED STATES, et al.,

          Defendants.

Case No. C18-0398-RSM

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation;

(2)     Defendant's motion for summary judgment (Dkt. 16) is GRANTED based on plaintiff's failure to exhaust his available administrative remedies;

(3)     This action is DISMISSED without prejudice. *Wyatt v. Terhune*, 315 F.3d 1108, 1120 (9th Cir. 2003), *overruled on other grounds by Albino*, 747 F.3d at 1162 ("If the district court concludes that the prisoner has not exhausted nonjudicial remedies, the proper remedy is dismissal of the claim without prejudice."); *Carrea v. California*, 551 Fed. Appx. 368, 369 (9th Cir. 2014)

ORDER OF DISMISSAL - 1

(remanding for the entry of dismissal without prejudice because the proper remedy for non-exhaustion is dismissal without prejudice); and

    (4)    The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 4 day of June 2019.

RICARDO S. MARTINEZ  
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2